No. 158. PACIFIC EMPLOYERS INS. CO. *v.* INDUSTRIAL ACCIDENT COMM'N ET AL. Appeal from the Supreme Court of California. Decided October 10, 1938. The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is granted. *Messrs. George C. Faulkner* and *W. N. Mullen* for appellant. *Mr. Everett A. Corten* for appellees.

No. 276. LANDIS ET AL. *v.* BUCK ET AL. Appeal from the District Court of the United States for the Northern District of Florida. October 10, 1938. Motion of the appellant State's Attorneys to vacate the decree and direct dismissal of the bill of complaint denied. Motion of the appellees to substitute granted and George Couper Gibbs, individually and as Attorney General of Florida, is substituted as a party appellant in the place and stead of Cary D. Landis, deceased. *Messrs. George Couper Gibbs, Andrew W. Bennett,* and *Lucien H. Boggs* for appellants. *Messrs. Thomas G. Haight, Frank J. Wideman, Louis D. Frohlich, Herman Finkelstein,* and *Manley P. Caldwell* for appellees.